Magistrate Judge Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR10-5332JRC |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |
| vs. | |
| SEONG UG SIN, | |
| Defendant. | |

This matter having come before the Court on the motion of the defendant for an order authorizing the filing of an overlength brief in this matter, and the Court having considered the motion and the arguments set forth in support of the motion, now, therefore,

It is hereby ORDERED that the motion of the defendant to file an overlength brief in support of his motion in limine is GRANTED.

DATED this 10 day of August, 2010.

J. RICHARD CREATURA
United States Magistrate Judge

ORDER GRANTING MOTION RE
OVERLENGTH BRIEF
(Sin, CR01-5332JRC) - 2

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA 98101
(206) 624-2800
FAX (206) 624-2805

Presented by:

      /s/ Michael G. Martin
Michael G. Martin WSBA #11508
Attorney for Seong Ug Sin
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800
Fax (206) 624-2805
Email: michaelm@sidlon.com

ORDER GRANTING MOTION RE
OVERLENGTH BRIEF
(Sin, CR01-5332JRC) - 2

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA 98101
(206) 624-2800
FAX (206) 624-2805