1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>SEONG UG SIN,<br><br>             Defendant. | CASE NO.  CR10-5332 JRC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO FILE OVERLENGTH BRIEF AND DENYING DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITAL OR, ALTERNATIVELY FOR AN ORDER GRANTING A NEW TRIAL PURSUANT TO FED. R. CIV. P. 33 |

THIS MATTER having come before the court on the Defendant's motions for an order authorizing the filing of an overlength brief (Dkt. #98) and for a judgment of acquittal pursuant to Fed. R. Civ. P. 29 or, alternatively, for an order granting a new trial pursuant to Fed. R. Civ. P. 33 (Dkt. #97), and the Court having considered the motions and the Government's responses to the motions and being further advised in the premises rules as follows:

1.      Defendant's Motion for Leave to File an Overlength Brief is hereby GRANTED.

//

//

(CR10-5332-JRC)
ORDER - 1

1
2     2.    For the reasons set forth in the Government's Response to Defendant's Motion for
3 Judgment of Acquital or, alternatively, for an Order Granting a New Trial, Defendant's motion is
4 DENIED.
5
6     DATED this 22nd day of October, 2010.
7
8                                      /s/ J. Richard Creatura
9                                   J. Richard Creatura
                                  United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

(CR10-5332-JRC)
ORDER - 2